IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRYANT A. CRAGAR[1]                                                              PLAINTIFF

v.                                    4:06CV00682 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                          DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 7th day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is spelled throughout the transcript as "Cragar" (Tr. 13, 46, 61, 66, 278, 400) and "Crager." (Tr. 61, 305, 403.) He has used both, according to his current application for Disability Insurance Benefits. (Tr. 61.) "Cragar" appears to be the correct spelling. *Id.*